IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| CORY ALAN KEASAL, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 09-2039 EJM |
| | ) | |
| vs. | ) | |
| | ) | |
| BLACK HAWK COUNTY SHERIFF'S DEPT., | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Defendants. | ) | |

***DECISION BY COURT:*** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

on this 14th day of August, 2009.

Dated: August 14, 2009

ROBERT L. PHELPS
Clerk

_____
(By) Clerk